Registered mail Article #
7004 1160 0000 7 6 879 4174

# NOTICE TO RELEASE THE ORDER OF
# THE COURT and THE REAL PARTY OF INTEREST

All District court judges/magistrates/prosecutors     August 13th, 2004
Currently handling the cases herein.
Lloyd D. George U.S. Courthouses
333 Las Vegas Blvd. S.
Las Vegas, NV 89101

"STRICKEN pursuant to
Court Order dated;
9-16-04
LANCE S. WILSON, CLERK
BY [signature]

## NOTICE TO PRINCIPAL IS NOTICE TO AGENT and NOTICE TO AGENT IS NOTICE TO PRINCIPAL
### RE: Surety for case(s) CR-S-99-217-RLH (LRL)/ CR-S-03-010 LRH (RJJ)(PAL) CR-S-04-0277 KJD (RJJ)

NOTICE is hereby given that you are erroneously and fraudulently using the paper man entity name JOSEPH R. COPPOLA, a legal "person" at law (or any derivatives thereof) which constitutes Identity theft; and

NOTICE is further given, that you are erroneously and fraudulently holding as a surety bond, the real party of interest, the physical body, a separate entity at law, who is a sovereign sui juris (freeman), and "**holder in due course of the paper man entity name JOSEPH R. COPPOLA,**" wherefore no "liability" or "assignability" has been "legally" and "competently" sworn on either entity to confer jurisdictional authority for neither civil nor criminal charges upon this court, whether acting in an Article 3 tribunal or an Article 1 judicial court, to use or compel performance or bind either entity, i.e., the defendant in the above reference case(s);

NOTICE is further given that you are to Discharge the surety, and release the order(s) of the court, and cease and desist from using the paper man entity name JOSEPH R. COPPOLA, and release the real party of Interest, the physical body, from custody of the North Las Vegas Detention Center in regards to the above-mentioned case(s) within seventy-two (72) hours of your receipt of this registered mailing. Failure to do so will result in the filing of a tort claim with the U.S. Department of Justice, along with formal notice of complaint for fraud, kidnap, identity theft, and false imprisonment, whereby the above-mentioned District judges and magistrates become liable losing all immunity for acting outside the legal capacity of office(s) held; and

## CAVEAT

NOTICE is further given that a proper and good faith claim of labor already performed is forthcoming for case # CR-S-03-010-LRH (RJJ)(PAL) for 534 days "hard labor" at (44,000 Dollars U.S. Currency) per day, and 206 days (Hazardous labor" at (500,000 Dollars U.S. Currency) per day totaling ($126,496,000.00 Dollars U.S. Currency); that's

— 1 of 3 —



Case 2:99-cr-00217-RLH -LRL   Document 147-2694614   Filed 09/07/04   Page 2 of 3

one hundred twenty-six million, four hundred ninety-six thousand dollars U.S. Currency as of today's date. Friday, July 15, 2004 is due and owing by all parties jointly and severely who participated in the above mentioned case; and

NOTICE is further given that compounding interest in the amount of 11.9% per day, on the above-mentioned principal of ($126,496,000.00 Dollars) will be charged for everyday said flesh and blood entity stated herein, is held in incarceration as a surety upon expiration of the aforementioned seventy-two (72) hour limit without discharge of said surety, release of order of the court, and release of the real party of interest; and

NOTICE is further given that in the event of my untimely demise all money claim(s) are transferred and become payable to and due to following parties jointly and severely, in equal amounts, if they are in agreement with my appointing them inheritors of my private states: Janie M. Blair, Michael D. Wilson, Renate Wilson, Christina Benson, Patricia McArthur, Jamie A. Jaramillo, Karen McArthur, Trinity Benson, Troy Benson Jr. (a minor of Christina Benson), Zachary Blair, Tanya Blair, Da'Vonte Blair (a minor of Tanya Blair), Paul R. Klein, Dusty Stevens, Vincent Franco, Vincent Coppola, Michael Coppola, Christopher Dunlap, Douglass Williams, Abrey Tarver, Jason Devlin, Rita Williams, Ronnie Ford, Sharon Rapstod, and Charles A. McNeal.

NOTICE: In the event of my untimely death all parties above agree to go public with the discovery and true reason of my death and Michael D. Wilson reserves the right to name up to (5) additional secret parties as inheritors to be revealed only upon my untimely demise.

FAILURE to acknowledge Acceptance for value is Treason against the United States of America.

God Bless...

Very Truly,

Joseph R. Coppola
(Sovereign sui juris)
without prejudice UCC 1-207
without recourse
C/O 2222 Constitution Way
North Las Vegas NV 89030

CC: All parties with interest

UNITED STATES OF AMERICA
    Plaintiff,

    Vs.

JOSEPH COPPOLA

        Defendant,

Case(s)
CR-S-99-217 RLH (LRL)
CR-S-03-010 LRH (RJJ)(PAL)
CR-S-04-0277 KJD (RJJ)(LRL)

CERTIFICATE OF SERVICE

Janie M. Blair
I, ~~Joseph R. Coppola~~, sovereign sui juris, hereby certify I am of such age and discretion as to be competent to serve papers.

That on ~~July~~ August ~~2004~~ 2004, I served a true, correct, and complete copy of "Notice to release the order of the court & the real party of interest" to each one of the six (6) magistrates and District judges listed above, and AUSA Karyn Kenny, AUSA Darin LaHood, and senior District judge Lloyd D. George in care of Lance Wilson (the clerk of the Lloyd D. George courthouse) by depositing a total of 10 copies in a sealed envelope with registered mail return receipt postage fully prepaid under registered mail article no. ___ 7cc4116ctcc:763794174 addressed to: Lance Wilson (CE: Parties of interest) Lloyd D. George U.S. Courthouse 333 Las Vegas Blvd S. Las Vegas, Nevada 89010 in the mail at the corner of Tropicana and Boulder Highway.

                Janie M. Blair
                Janie M. Blair for,
                (Joseph R. Coppola)
                (Sovereign sui juris)