RACHAEL E. STEWART, ESQ.
Nevada Bar No. 14122
Law Office of Rachael E. Stewart
400 S. 4th Street, Suite 500
Las Vegas, Nevada 89101
Telephone: (702) 772-3260
Facsimile: (702) 552-4761
restewartlaw@gmail.com
*Attorney for Joseph Coppola*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br>JOSEPH COPPOLA,<br><br>Defendants. | CASE NO: 2:99-cr-00217<br><br>**ORDER TO CONTINUE PRELIMINARY HEARING**<br><br>(2nd Request) |

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. The parties require additional time to prepare for the preliminary hearing in this case.

2. Defense Counsel has spoken with Assistant United States Attorney Melanee Smith, and the Government agrees to the continuance.

3. Defendant Joseph Coppola is in custody, and he does not oppose the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Denial of this request for a continuance would deny the parties sufficient time to prepare for the preliminary hearing, taking into account the exercise of due diligence.

6.      Additionally, denial of this request for continuance could result in a miscarriage of justice.

**CONCLUSION OF LAW**

The ends of justice served by granting said continuance outweigh the best interests of the public and the defense, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the defendant sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for the preliminary hearing, taking into account the exercise of due diligence.

**ORDER**

IT IS THEREFORE ORDERED that the Preliminary Hearing scheduled for September 21, 2022, at the hour of 11:00 a. m., be vacated and continued to the 17th day of October, 2022, at the hour of 10:00 a.m. in Courtroom 3B.

DATED this 20th day of September, 2022.

_____
UNITED STATES MAGISTRATE JUDGE