JASON M. FRIERSON
United States Attorney
Nevada State Bar Number 7709
MELANEE SMITH
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Melanee.Smith@usdoj.gov
*Attorneys for the United States of America*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Joseph Coppola,<br><br>　　　　　　Defendant. | Case No.  2:99-cr-00217-APG-LRL<br><br>**Stipulation to Continue Motion Deadlines** |

It is hereby stipulated and agreed, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rohit Rajan, Assistant Federal Public Defender, counsel for Joseph Coppola, that the previously ordered deadline for the Government's response to Defendant's Motion for Reconsideration of Conditions of Supervised Release be vacated and that the Government shall have to and including September 29, 2023 within which to file it's response. The parties further stipulate and agree that the defendant shall have to and including October 6, 2023 within which to file his reply motion.

　　The Stipulation is entered into for the following reasons:

1. The defendant is still incarcerated and not yet subject to terms of supervised release.

1

2. The parties are addressing the Bureau of Prisons calculations with respect to defendant's release date.

3. Counsel for the government was out of the office and needs additional time to meaningfully respond to defendant's arguments.

4. The parties agree to the continuance.

This is the first stipulation to continue motion deadlines filed herein.

Dated: September 25, 2023

| | |
|---|---|
| JASON M. FRIERSON<br>United States Attorney | RENE L. VALLADARES<br>Federal Public Defender |
| /s/ *Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney | /s/ *Rohit Rajan*<br>ROHIT RAJAN<br>Assistant Federal Public Defender |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:99-cr-00217-APG-LRL |
| Plaintiff, | **ORDER** |
| vs. | |
| JOSEPH COPPOLA, | |
| Defendant. | |

**ORDER**

IT IS ORDERED that the government shall have to and including September 29, 2023, to file its response to the defendant's Motion for Reconsideration of Terms of Supervised Release.

IT IS FURTHER ORDERED that the defendant shall have to and including October 6, 2023, to file his reply.

DATED this __25th__ day of September 2023.

_____
UNITED STATES DISTRICT JUDGE

1