RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATHERINE A. TANAKA
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Katherine_Tanaka@fd.org

Attorney for Joseph Rosario Coppola

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:99-cr-00217-APG-LRL |
| Plaintiff, | **STIPULATION TO CONTINUE REPLY DEADLINE TO GOVERNMENT'S RESPONSE (ECF 211)** |
| v. | |
| JOSEPH ROSARIO COPPOLA, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, and Rene L. Valladares, Federal Public Defender, and Katherine A. Tanaka, Assistant Federal Public Defender, counsel for Joseph Rosario Coppola, that the reply to the Government's Response in Opposition to Defendant's Motion for Reconsideration of Condition of Supervised Release (ECF 211) currently due October 6, 2023 be extended to October 20, 2023.

The Stipulation is entered into for the following reasons:

1. Undersigned counsel was recently appointed to Mr. Coppola's case. He is currently in transit from a BOP facility, and undersigned counsel has not been able to speak with Mr. Coppola about the pro-se motions he filed (ECF Nos. 201 and 205) or about the

government's recently filed response (ECF No. 211). Undersigned counsel needs additional time to speak with Mr. Coppola and prepare a reply.

2. The government does not oppose the request for a continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to properly confer with Mr. Coppola.

This is the first stipulation to continue filed herein.

DATED this 5th day of October, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Katherine A. Tanaka<br>KATHERINE A. TANAKA<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:99-cr-00217-APG-LRL |
| Plaintiff, | |
| v. | |
| JOSEPH ROSARIO COPPOLA, | |
| Defendant. | |

**ORDER**

IT IS THEREFORE ORDERED that the reply to the Government's Response in Opposition to Defendant's Motion for Reconsideration of Condition of Supervised Release (ECF 211) currently due October 6, 2023 be extended to October 20, 2023.

DATED this 10th day of October, 2023.

_____
UNITED STATES DISTRICT JUDGE

3