# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

    Plaintiff,

v.

Joseph Rosario Coppola,

    Defendant.

Case No. 2:99-cr-00217-APG-LRL-2

**Order Permitting Copies of Non-Public Docket for Appellate Purposes**

IT IS HEREBY ORDERED that the Clerk's Office provide copies of the complete, non-public docket sheet to counsel for Joseph Rosario Coppola and counsel for the United States of America.

**Dated**: January 22, 2024.

_____
U.S. DISTRICT COURT JUDGE