# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

United States of America,

      Plaintiff,

  v.

Joseph Rosario Coppola,

      Defendant.

Case No. 2:99-cr-00217-APG-LRL-2

**Order**

IT IS HEREBY ORDERED that upon consideration of the Stipulation to Continue the Initial Appearance, that the Initial Appearance currently scheduled for October 11, 2024 at 2:30 p.m., be vacated and continued to November 6, 2024 at the hour of 2:30 p.m. before Magistrate Judge Elayna J. Youchah in 3D.

**Dated**: October 11th, 2024.

_____
U.S. MAGISTRATE JUDGE