RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
ROHIT RAJAN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rohit_Rajan@fd.org

Attorney for Joseph Coppola

**United States District Court**
**District of Nevada**

| | |
|---|---|
| United States of America, | Case No. 2:99-cr-00217-APG-LRL-2 |
| Plaintiff, | **Stipulation To Continue Revocation Hearing** |
| v. | (Third Request) |
| Joseph Rosario Coppola, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rohit Rajan, Assistant Federal Public Defender, counsel for Joseph Coppola, that the Revocation Hearing currently scheduled on January 8, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than the week of January 16, 2025.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to speak to the defendant to counsel him on his legal options in this case.

2. The parties also require additional time for negotiations.

3. The defendant is not in custody and agrees with the need for the continuance.

4. The parties therefore agree to the continuance. An afternoon hearing on January 16, 2025 or a hearing any time the week of January 20th would be the most convenient for the parties, but the parties defer to the schedule of the Court.

This is the third request for a continuance of the revocation hearing.

DATED this 3rd of January, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By *s/ Rohit Rajan*<br>ROHIT RAJAN<br>Assistant Federal Public Defender | By *s/Justin Washburne*<br>JUSTIN WASHBURNE<br>Assistant United States Attorney |

2

**United States District Court**
**District of Nevada**

| | |
|---|---|
| United States of America, | Case No. 2:99-cr-00217-APG-LRL-2 |
| Plaintiff, | **Order** |
| v. | |
| Joseph Rosario Coppola, | |
| Defendant. | |

IT IS HEREBY ORDERED that the revocation hearing currently scheduled for Wednesday, January 8, 2025 at 1:30 p.m., be vacated and continued to January 21, 2025 at the hour of 9:30 a.m. in Courtroom 6C.

DATED this 3rd day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE